# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **MICHAEL PATRICK ANGLEN,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 6:12-cv-00606-RDP-HGD |
| **STEVEN NOLEN,** | } |
| **Defendant.** | } |

## ORDER

On November 1, 2012, the Magistrate Judge's Report and Recommendation was entered recommending dismissal of this case. Plaintiff was allowed fifteen days in which to file objections to the Recommendations made by the Magistrate Judge. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the Recommendations of the Magistrate Judge and it is, therefore, **ORDERED**, **ADJUDGED** and **DECREED** that this action is **DISMISSED WITHOUT PREJUDICE** for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).

**DONE** and **ORDERED** this ____26th____ day of November, 2012.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE